Order issued: October *17* , 2012



### In The
### Court of Appeals
### Fifth District of Texas at Dallas

---

## No. 05-12-00848-CV

---

## LUCKY MERK, LLC D/B/A GREENVILLE BAR & GRILL, ET AL., Appellants

## V.

## GREENVILLE LANDMARK VENTURE, LTD., ET AL., Appellees

---

### On Appeal from the County Court at Law No. 4
### Dallas County, Texas
### Trial Court Cause No. 10-02411-D

---

## ORDER

We **GRANT** the October 12, 2012 motion of David Roy, Official Court Reporter for County Court at Law No. 4 of Dallas County, Texas, for an extension of time to file the reporter's record. The reporter's record shall be filed on or before November 26, 2012.

We **DIRECT** the Clerk of this Court to send a copy of this order by electronic transmission to David Roy and all counsel of record.

CAROLYN WRIGHT
CHIEF JUSTICE